JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VILLA, an individual;<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>GREEN DOT CORPORATION, a corporation; and DOES 1-25, inclusive;<br><br>　　　　Defendant(s). | Case No.: 2:23-cv-01614-SPG(JPRx)<br><br>Complaint Filed 03/03/23<br><br>Hon. Sherilyn Peace Garnett<br><br>ORDER OF OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE OF DEFENDANT'S GREEN DOT CORPORATION AND PATHWARD, N.A. |

　　Plaintiff George Villa and Defendant's Green Dot Corporations and Pathward N.A. have announced to the Court that all matters in controversy between them in this action have been resolved.

　　A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

　　IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff George Villa against Green Dot Corporations and Pathward N.A. are in all respects dismissed with prejudice.

///
///
///

DATED: July 12, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2